# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV23-1508 FLA (MRW) | Date | October 19, 2023 |
| Title | Randle v. Warden | | |

| | |
|---|---|
| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge |

| | |
|---|---|
| James Muñoz | N/A |
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| None present | None present |

**Proceedings:**   **(IN CHAMBERS)**

     The Court is in receipt of the respondent's motion to dismiss filed on 10/18/23. Petitioner's response is due on or before 11/16/23. Failure to respond by that date may lead the Court to conclude that petitioner consents to the dismissal of the action.

:00
JM